**No. 58727.**—Garay & Co., Inc., et al. *v.* United States, protests 229329–K (B), etc. (New York).

Opinion by MOLLISON, J. The protests were dismissed.

BEFORE THE SECOND DIVISION, JANUARY 27, 1955

**No. 58728.**—Witkowski New York Agency, Inc., and J. J. Gavin & Co., Inc. *v.* United States, protest 215908–K (New York).

Opinion by RAO J. It was stipulated that the merchandise is composed of rush and is not of grass nor of rice straw; that merchandise of like character is now being assessed at 20 percent under said paragraph 1021 as modified, *supra*; and that the termination of the said General Agreement on Tariffs and Trade with respect to concessions therein initially negotiated with China (T. D. 52587), insofar as said paragraph 1021 is concerned, related only to floor coverings of grass or of rice straw. Upon the agreed statement of facts, the claim of the plaintiffs was sustained.

**No. 58729.**—Freund Mayer & Co., Inc., and H. W. Robinson & Co., Inc. *v.* United States, protest 228535–K (New York).

Opinion by RAO, J. It was stipulated that the merchandise consists of paper napkins the same in all material respects as those the subject of *Freund Mayer & Co., Inc.* v. *United States* (39 C. C. P. A. 123, C. A. D. 474). Upon the agreed statement of facts and following the cited authority, it was held that the merchandise is dutiable at 15 percent under said paragraph 1413, as modified, *supra*.